**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7730**

JAMES EDWARD WINGFIELD,

Petitioner - Appellant,

versus

GENE M. JOHNSON, Director, Virginia Department
of Corrections,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-01-484-AM)

Submitted: February 20, 2003      Decided: February 26, 2003

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James Edward Wingfield, Appellant Pro Se. Amy L. Marshall, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Edward Wingfield seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000).  We have reviewed the record and conclude for the reasons stated by the district court that Wingfield has not made a substantial showing of the denial of a constitutional right.  <u>See</u> <u>Wingfield v. Johnson</u>, No. CA-01-484-AM (E.D. Va. filed Sept. 24, 2002 & entered Sept. 25, 2002).  Accordingly, we deny a certificate of appealability and dismiss the appeal.  <u>See</u> 28 U.S.C. § 2253(c) (2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>